ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Jennifer.A.Taylor@lewisbrisbois.com
*Attorneys for Defendant State Farm Fire and Casualty Company, erroneously sued as State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERWIN EVANS, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00448-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety (90) days, up to and including Tuesday, July 18, 2023. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to the Local Rules. In support of this Stipulation and Request, the parties state as follows:

### DISCOVERY COMPLETED

1. On February 3, 2022, Plaintiff filed her Complaint.

2. On March 17, 2022, Defendant removed the case to the U.S. District Court.

3. On March 18, 2022, Defendant filed its Answer to Plaintiff's Complaint.

4862-5379-0029.1

4. On April 14, 2022, the parties conducted an initial FRCP 26(f) conference.

5. On April 28, 2022, 2022, Plaintiff served his FRCP 26 Initial Disclosures.

6. On May 10, 2022, Defendant served its FRCP 26 Initial Disclosures.

7. On May 13, 2022, Defendant served written discovery on Plaintiff. Plaintiff served his written discovery responses on June 15, 2022.

8. On August 23, 2022, Plaintiff served his First Supplement to his FRCP 26 Disclosures.

9. On September 14, 2022, Plaintiff served written discovery on Defendant State Farm. State Farm's served its responses on November 16, 2022.

10. On November 18, 2022, Plaintiff served his Second Supplement to his FRCP 26 Disclosures.

11. The deposition of State Farm Representative Charles Sutherland is scheduled on February 22, 2023.

12. The deposition of State Farm Representative John Hall is scheduled on February 23, 2023.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendant will continue to collect Plaintiff's medical records.

4. Defendant will depose Plaintiff in late February or Early March.

5. Plaintiff will depose State Farm's representatives in February.

6. Plaintiff will depose Defendant's FRCP 30(b)(6) witness(es).

7. The parties may depose any and all other witnesses ascertained through discovery, such as potentially including Plaintiff's medical treatment providers and claims adjusters.

8. The parties will designate expert witnesses and may conduct depositions of those expert witnesses.

///

4862-5379-0029.1

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to conduct discovery.

The parties have been co-operative and diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing written responses thereto; and co-operating with records procurement and disclosures. Next, the parties will also proceed with the deposition of Plaintiff, treating provider depositions and the depositions of State Farm Representatives, as well as expert discovery.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. This stipulation is made more than 21 days before the expiration of any deadlines.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Wednesday, April 19, 2023* | *Tuesday, July 18, 2023* |
| Deadline to Amend Pleadings or Add Parties | *Friday, October 21, 2022* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Friday, February 17, 2023* | *Thursday, May 18, 2023* |

4862-5379-0029.1

3

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Tuesday, March 21, 2023* | *Monday, June 19, 2023* |
| Dispositive Motions | *Monday, May 22, 2023* | *Monday, August 21, 2023* |
| Joint Pretrial Order | *Tuesday, June 20, 2023* | *Monday, September 18, 2023* *If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of April 19, 2023, up to and including July 18, 2023, and the other dates as outlined in accordance with the table above.

DATED this 25th day of January, 2023.      DATED this 25th day of January, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP           THE POWELL LAW FIRM

/s/ Jennifer A. Taylor                        /s/ Traysen Turner

ROBERT W. FREEMAN                             PAUL D. POWELL, ESQ.
Nevada Bar No. 3062                           Nevada Bar No. 7488
JENNIFER A. TAYLOR                            TRAYSEN N. TURNER, ESQ.
Nevada Bar No. 6141                           Nevada Bar No. 16017
6385 S. Rainbow Boulevard, Suite 600          8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89118                       Las Vegas, NV  89148
*Attorneys for Defendant State Farm Fire and Casualty Company, erroneously sued as State Farm Mutual Automobile Insurance Company*   *Attorneys for Plaintiff Derwin Evans*

### ORDER

IT IS SO ORDERED

DATED:  12:59 pm, January 26, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**Versoza, Jeannette**

| | |
|---|---|
| **From:** | Traysen Turner <tturner@tplf.com> |
| **Sent:** | Wednesday, January 25, 2023 12:04 PM |
| **To:** | Taylor, Jennifer; Freeman, Kristen; Tiffany Plumer; Paul Powell |
| **Cc:** | Versoza, Jeannette |
| **Subject:** | [EXT] RE: Evans v. State Farm Fire & Casualty Company - SAO  to Extend Discovery Schedule |



Hi Jennifer,

You may attach my e-signature.

Thanks,

Traysen

**From:** Taylor, Jennifer <Jennifer.A.Taylor@lewisbrisbois.com>
**Sent:** Wednesday, January 25, 2023 11:50 AM
**To:** Traysen Turner <tturner@tplf.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Tiffany Plumer <tplumer@tplf.com>; Paul Powell <paul@tplf.com>
**Cc:** Versoza, Jeannette <Jeannette.Versoza@lewisbrisbois.com>
**Subject:** RE: Evans v. State Farm Fire & Casualty Company - SAO to Extend Discovery Schedule

Hi Traysen –

Attached please find a SAO to move the discovery dates out to give both parties more time to complete discovery.

Please let me know if you have any edits, changes or questions.  Otherwise, please respond with your authority to affix your e-signature.

Kind regards,

Jennifer



**Jennifer Taylor**
**Partner**
Jennifer.A.Taylor@lewisbrisbois.com

**T: 702.830.9028 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

1