UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERWIN EVANS, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:22-cv-00448-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO STAY CASE PENDING THE OUTCOME OF PRIVATE MEDIATION** |

COME NOW, Plaintiff DERWIN EVANS ("Evans") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through their respective counsel of record and hereby stipulate and make joint application to stay this case until such time as the parties conclude a mediation to which the parties have agreed.  The last day to disclose rebuttal experts is September 18, 2023.  (ECF No. 25)

　　　　1.　　Good cause exists to stay this matter.  Specifically, the parties  have scheduled a mediation with Mediator the Honorable Jennifer Togliatti.  Judge Togliatti is available to mediate this dispute on a date between October 31, and December 13, 2023, which are the earliest date ranges all parties/counsel and the mediator could be available.  The stay of this case will allow the parties to explore the possibility of settlement through mediation without incurring the time and expense of

129495510.2

ongoing discovery prior to the mediation.

2. Within thirty (30) days after completion of the mediation, the parties will submit a Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that the parties were unable to resolve the claims and will submit a new rebuttal expert deadline, discovery cutoff deadline (providing ample time to complete and remaining discovery and depositions), deadline for filing dispositive motions and the deadline for filing the Joint Pretrial Order.

3. Pending the completion of the Mediation, this matter shall be stayed;

4. The parties shall keep the court appraised of any procedural developments regarding timing of Mediation.

DATED this 18th day of September, 2023.    DATED this 18th day of September, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP           THE POWELL LAW FIRM

/s/ Jennifer A. Taylor                        /s/ Traysen N. Turner
ROBERT W. FREEMAN                             PAUL D. POWELL, ESQ.
Nevada Bar No. 3062                           Nevada Bar No. 7488
JENNIFER A. TAYLOR                            TRAYSEN N. TURNER, ESQ.
Nevada Bar No. 6141                           Nevada Bar No. 16017
6385 S. Rainbow Boulevard, Suite 600          8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89118                       Las Vegas, NV  89148
*Attorneys for Defendant State Farm Fire and Casualty Company, erroneously sued as State Farm Mutual Automobile Insurance Company*    *Attorneys for Plaintiff Derwin Evans*

**ORDER**

**IT IS SO ORDERED:**

Dated this 20th day of September, 2023.

_____
Anne R. Traum
United States District Court Judge

129495510.2                                   2