UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERWIN EVANS, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00448-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

138932301.1

IT IS HEREBY STIPULATED and AGREED between Plaintiff Derwin Evans ("Plaintiff"), pro se, and Defendant State Farm Fire and Casualty Company, erroneously sued as State Farm Mutual Automobile Insurance Company ("Defendant"), by and through its counsel of record, Lewis Brisbois Bisgaard & Smith, LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 7th day of May 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ J. Taylor
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Fire and Casualty Company, erroneously sued as State Farm Mutual Automobile Insurance Company*

DATED this 9th day of May, 2024.

/s/ Derwin Evans
Derwin Evans
7449 Deschutes Cir
Las Vegas, Nevada 89129
*Plaintiff*

## ORDER

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: May 10, 2024

138932301.1